Liberty Media Holdings, LLC

FILED
DEC 16 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

Liberty Media Holdings, LLC )  CASE NUMBER: 6:10-cv-44-Orl-19GJK
) 10-MC-1478
Plaintiff, )
v. ) ACKNOWLEDGEMENT OF
) ASSIGNMENT OF JUDGMENT
)
Wintice Group, Inc., dba men4rentnow.com, John Does )
2-10, Justin Krueger an individual also known as Jake )
Lyons )
Defendants

COMES NOW Liberty Media Holdings, LLC judgment creditor in this matter and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the original Judgment was entered on or about 10/12/2010

2) THAT Plaintiff was awarded the sum of $54,160.00 against Defendants Justin Krueger

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $0 of judgment from Defendant.

4) THAT Liberty Media Holdings, LLC is the judgment creditor of record.

5) THAT I hereby transfer, and assign all title rights, and interest in the judgment to the following person:

J Balington Financial

2901 Clint Moore Rd. #126

Boca Raton, FL 33496

6) THAT I hereby authorize Assignee, J Balington Financial, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this ___1st___ day of ___August___, 2011 at ___Las Vegas___.

_____
Judgment Creditor

State of Nevada
County of Clark

Signed and sworn to before me on this 8/3/11 by Marc J. Randazza

_____
(Signature of Notarial Officer)



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
V. CARDUCCI
No: 10-1694-1
My Appointment Expires March 15, 2014

ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT   -2-