Michael K. Sipes, Esq., SBN 155148
LAW OFFICES OF MICHAEL K. SIPES
3050 Fite Circle, Ste 107
Sacramento, CA 95827
Telephone: 866-656-7080

Attorney for Assignee
GOLD LINE CREDIT SERVICES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO DIVISION

LIBERTY MEDIA HOLDINGS, LLC ) CASE NO.: 10-MC-1478
    Plaintiff, )
) **ASSIGNMENT OF JUDGMENT**
    v. )
)
JUSTIN KRUEGER a/k/a JAKE LYONS, an )
individual, et al )
)
    Defendant. )
)

    As Judgment Creditor and Assignor, J BALLINGTON FINANCIAL, whose address is 2901 Clint Moore Rd., #126, Boca Raton, FL 33496, does hereby sell, transfer and assign all title, rights and interest in the judgment entered on 10/08/2010, in the Superior Court, Case No. 10-MC-1478, filed in United States District Court, Southern District of California, San Diego Division against defendant and judgment debtor JUSTIN KRUEGER a/k/a JAKE LYONS, an individual, whose last known address is 4630 Commander Dr #1017, Orlando, FL 32822, to Gold Line Credit Services, Inc.., (the "Assignee"), whose address is 216 N East St, Woodland, CA 95776 and further warrant that the entire amount of $ 54,160.00 is unpaid, due and owing, plus court costs and interest accrued at the rate of 6% per annum from the date of judgment to the date of satisfaction.

I hereby verify that by virtue of the above references transfer, Assignee is authorized to collect, compromise, settle and enforce said judgment in full.

JUDGMENT CREDITOR: **J BALLINGTON FINANCIAL**

DATED: _9-30-2011_                    By: _David Wedeen_

AUTHORIZED RESRESENTATIVE FOR<br>**J BALLINGTON FINANCIAL**

On _9/30/11_ before me, _Rachel L Norris_, **Notary Public**, personally appeared _DAVID WEDEEN_____, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERGURY under the laws of the state of _Florida_ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (seal)
SIGNATURE OF NOTARY

RACHEL L. NORRIS
Notary Public - State of Florida
My Comm. Expires May 1, 2015
Commission # EE 89253

ASSIGNEE: GOLD LINE CREDIT SERVICES, INC.